430 A.2d 1152

**COMMONWEALTH of Pennsylvania,**

**v.**

**Jack Edward Spencer O'BRIEN, Appellant.**

Supreme Court of Pennsylvania.

Argued May 18, 1981.

Decided June 4, 1981.

William W. Boyd, Lancaster, for appellant.

Henry S. Kenderdine, Jr., First Asst. Dist. Atty., for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

OPINION

PER CURIAM:

Judgment of sentence affirmed.

O'BRIEN, C. J., did not participate in the consideration or decision of this case.